■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNIE LEE

DICKS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed June 23, 1977. Sentence affirmed. Under the circumstances of this case, this court recommends that there be extended to the defendant an early consideration for parole. Martuscello, J. P., Latham, Titone and Suozzi, JJ., concur.